UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-CV-14398-ROSENBERG/LYNCH

DAVID POSCHMANN,

    Plaintiff,

v.

GIANT OIL, INC. and M&M CORPORATION
OF FT. PIERCE, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with Prejudice [DE 14]. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This action and all claims asserted herein are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Clerk of Court is directed to **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED**, and all deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 28th day of November, 2016.

Copies furnished to:
Counsel of Record

*(signature)*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE